UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEIBYS MERCEDES,

                Plaintiff,

-against-

CITY OF NEW YORK, BRONX BOROUGH, NYPD POLICE OFFICER JOHN SOTO, Shield No. 945023, JOHN and JANE DOE(S) 1-10, and ALL UNKNOWN ENTITIES and BONDING COMPANIES OR BOND FUNDS,

                Defendants.

**ORDER**

18 Civ. 6143 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This is a Section 1983 case in which pro se Plaintiff Leibys Mercedes brings claims of "False Arrest, Assault [and] Battery, Kidnapping, Fraud, Conspiracy, [and] failure to properly hire, train and supervise" against the City of New York, New York City Police Department ("NYPD") officer John Soto, Jane and John Does, and unidentified corporate entities. (Cmplt. (Dkt. No. 1) at 2) Plaintiff's claims arise from an April 19, 2017 arrest. (Id. at 5-6; see also July 29, 2019 Order (Dkt. No. 24) at 2)

        On September 7, 2018, this Court dismissed Plaintiff's claims against "Bronx Borough," Plaintiff's official capacity claims against the individual defendants, and Plaintiff's claims against "All Unknown En[t]ities, Insurers, and Bonding Companies or Bond Funds." (Sept. 7, 2018 Order (Dkt. No. 6) at 1-2)

        On December 28, 2018, the remaining defendants moved to dismiss. (Def. Mot. (Dkt. No. 19)) Plaintiff did not oppose the motion, and in a July 29, 2019 order (Dkt. No. 24)

this Court granted Defendants' motion.  The Court granted Plaintiff leave to file an amended complaint by August 26, 2019.  (Id. at 14)

To date, no amended complaint has been filed.  Accordingly, the Clerk of Court is directed to enter judgment for Defendants, and to close this case.

Dated: New York, New York
       June 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2