**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEIBYS MERCEDES,

                Plaintiff,

    -against-                                    18 **CIVIL** 6143 (PGG)

                                                          **JUDGMENT**

CITY OF NEW YORK, BRONX BOROUGH,
NYPD POLICE OFFICER JOHN SOTO, Shield
No. 945023, JOHN and JANE DOE(S) 1-10, and
ALL UNKNOWN ENTITIES and BONDING
COMPANIES OR BOND FUNDS,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 22, 2020, Judgment is entered for Defendants, and this case is closed.

**Dated:**  New York, New York
            June 23, 2020

                                                                  **RUBY J. KRAJICK**
                                                                  _____
                                                                   **Clerk of Court**
                                                  **BY:**
                                                                   _____
                                                                    **Deputy Clerk**